UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Nicole Zimmerman,<br><br>　　　　　Plaintiff<br><br>v.<br><br>The Church of Jesus Christ of Latter-day Saints, et al.,<br><br>　　　　　Defendants | Case No. 2:25-cv-00206-CDS-MDC<br><br>Order Requiring Plaintiff's Counsel to Submit a Verified Petition for Permission to Practice Pro Hac Vice |

　　　　Anne Andrews was presented as the lead counsel for plaintiff Nicole Zimmerman on the complaint commencing this action on January 30, 2025. *See* Compl., ECF No. 1. Andrews is not identified as a Nevada-barred attorney and did not file an application to appear pro hac vice. The following day, the court issued a notice to counsel that Andrews must comply with this district's Local Rules by completing and filing a verified petition to practice pro hac vice and designation of local counsel. ECF No. 3; *see* LR IA 11-2 ("An attorney who has been retained or appointed to appear in a particular case but is not a member of the bar of this court may appear only with the court's permission."). Over four months have passed and counsel has yet to comply with this requirement. IT IS THEREFORE ORDERED that Andrews must submit an application by June 26, 2025. Failure to comply with this rule will result in counsel's removal from this case.

　　　　Dated: June 16, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Cristina D. Silva
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge