UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Nicole Zimmerman, | Case No. 2:25-cv-00206-CDS-MDC |
| Plaintiff | **Order Granting Plaintiff's Motion to Extend Time** |
| v. | |
| The Church of Jesus Christ of Latter-day Saints, et al., | [ECF No. 17] |
| Defendants | |

Out-of-state counsel for plaintiff Nicole Zimmerman, Anne Andrews, seeks additional time to apply for permission to practice pro hac vice in this district. Mot., ECF No. 17. In her declaration, Andrews explains that she is unable to obtain her client's authorization and is therefore unable to complete the verified petition to practice pro hac vice. Andrews decl., ECF No. 17-1 at 2. Based on the representations of counsel, I find the request for an extension of time is made in good faith.

IT IS HEREBY ORDERED that plaintiff's motion for an extension of time **[ECF No. 17] is GRANTED**; therefore Anne Andrews, Kimberly M. DeGonia, Ryan M. McIntosh, and Brittany Emsais must submit their respective verified petitions to practice pro hac vice on or before August 11, 2025. Failure to comply may result in the imposition of sanctions.

Dated: July 3, 2025

_____
Cristina D. Silva
United States District Judge