UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| Nicole Zimmerman, | Case No. 2:25-cv-00206-CDS-MDC |
|---|---|
| Plaintiff | **Order Directing Plaintiff's Counsel to Clarify Certificates of Good Standing** |
| v. | |
| The Church of Jesus Christ of Latter-day Saints, et al., | |
| Defendants | |

I defer ruling on Kimberly DeGonia, David Kao, Anne Andrews, Ryan McIntosh, and Brittany Emsais's verified petitions to practice pro hac vice. ECF Nos. 23, 24, 25, 26, 27. Each application contains a purported certificate of good standing from the State Bar of California. However, the court is familiar with certificates from California, which always contain the State Bar of California's watermark seal. None of the pending applications contain the watermark seal. *Compare* ECF No. 23 at 6, *with* Ex. 1. Accordingly, each counsel must file a declaration or affidavit, no later than August 6, 2025, explaining why their certificate is missing the watermark.

Dated: July 30, 2025

_____
Cristina D. Silva
United States District Judge