Docusign Envelope ID: F5921DA5-995B-4C70-9A28-5E60C6931E7D

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Case #2:25-cv-00206-CDS-MDC

NICOLE ZIMMERMAN,                                    )
                                                                      )
            Plaintiff(s),                                      )
                                                                      )
    vs.                                                             )
                                                                      )
THE CHURCH OF JESUS CHRIST OF              )
LATTER-DAY SAINTS (a corporation),          )
KAREY ZIMMERMAN (an individual), an    )
            Defendant(s).                                   )
_____ )

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00
[ECF NO. 26]

_____Ryan McIntosh_____, Petitioner, respectfully represents to the Court:
        (name of petitioner)

1.      That Petitioner is an attorney at law and a member of the law firm of

_____Andrews & Thornton_____
                                        (firm name)

with offices at _____4701 Von Karman Ave., Suite 300_____,
                                                (street address)

_____Newport Beach_____, _____California_____, ____92660____,
                (city)                                        (state)                    (zip code)

___949-748-1000___, ___survivor@andrewsthornton.com___.
(area code + telephone number)              (Email address)

2.      That Petitioner has been retained personally or as a member of the law firm by

_____Nicole Zimmerman_____ to provide legal representation in connection with
                [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

Docusign Envelope ID: F5921DA5-995B-4C70-9A28-5E60C6931E7D

1    3.    That since _____12/4/2019_____, Petitioner has been and presently is a
                                   (date)

2    member in good standing of the bar of the highest Court of the State of _____California_____
                                                                                         (state)

3    where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

4    from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5    possession of the United States in which the applicant has been admitted to practice law certifying

6    the applicant's membership therein is in good standing.

7         4.    That Petitioner was admitted to practice before the following United States District

8    Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9    of other States on the dates indicated for each, and that Petitioner is presently a member in good

10   standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Ca | 12/4/2019 | 328042 |
| CA Central District Court | 4/1/2025 | |
| NY Northern District Court | 10/17/2024 | |
| CA Eastern District Court | 1/28/2025 | |
| | | |
| | | |
| | | |

19        5.    That there are or have been no disciplinary proceedings instituted against petitioner,

20   nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

21   or administrative body, or any resignation or termination in order to avoid disciplinary or

22   disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

Docusign Envelope ID: F5921DA5-995B-4C70-9A28-5E60C6931E7D

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7.     That Petitioner is a member of good standing in the following Bar Associations. (State "none" if Petitioner is not a member of other Bar Associations.)

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

Docusign Envelope ID: F5921DA5-995B-4C70-9A28-5E60C6931E7D

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3
                                                                _____
4                                                                       Petitioner's signature

    STATE OF _____California_____    )
5                                                     )
    COUNTY OF _____Orange_____      )
6

7    ___Ryan McIntosh___, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9                                                                _____
                                                                        Petitioner's signature
10   Subscribed and sworn to before me this

11   __24th__ day of __April__, __2025__

12

13   __Lauren Prendergast__

        Notary Public or Clerk of Court

14

15

16            **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
              **THE BAR OF THIS COURT AND CONSENT THERETO.**
17

18   Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19   believes it to be in the best interests of the client(s) to designate __Jemma E. Dunn, Esq.__,
                                                                                                (name of local counsel)
20   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21   above-entitled Court as associate resident counsel in this action. The address and email address of

22   said designated Nevada counsel is:

23   __1980 Festival Plaza Drive, Suite 730__,
                                        (street address)
24   __Las Vegas__                __NV__             __89135__,
          (city)                        (state)            (zip code)
25
     __(702) 7777-0888__, __JDunn@GGTrialLaw.com__.
26    (area code + telephone number)        (Email address)

27

28                                                4

                                                                                          Rev. 5/16

Docusign Envelope ID: F5921DA5-995B-4C70-9A28-5E60C6931E7D

1   By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2   agreement and authorization for the designated resident admitted counsel to sign stipulations

3   binding on all of us.

4

5   ### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

6

7   The undersigned party(ies) appoint(s) ___Jemma E. Dunn_____ as
                                              (name of local counsel)
8   his/her/their Designated Resident Nevada Counsel in this case.

9

10  _____
    (party's signature)

11  Nicole Zimmerman
12  _____
    (type or print party name, title)

13
    _____
    (party's signature)
14

15
    _____
    (type or print party name, title)
16

17  ### CONSENT OF DESIGNEE
    The undersigned hereby consents to serve as associate resident Nevada counsel in this case.
18

19

20  _____
    Designated Resident Nevada Counsel's signature

21  NV Bar No. 16229          JDunn@GGTrialLaw.com
    _____
    Bar number               Email address
22

23  APPROVED:

24  Dated: September 8, 2025

25

26  _____
    UNITED STATES DISTRICT JUDGE

27

28                          5                        Rev. 5/16