Docusign Envelope ID: 9A21B1F2-4495-46D3-B400-742551CE7B7B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

NICOLE ZIMMERMAN,

                Plaintiff(s),

        vs.

THE CHURCH OF JESUS CHRIST OF
LATTER-DAY SAINTS (a corporation),
KAREY ZIMMERMAN (an individual), an
              Defendant(s).

Case #2:25-cv-00206-CDS-MDC

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00
[ECF No. 24]

_____David Kao_____, Petitioner, respectfully represents to the Court:
   (name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

_____Andrews & Thornton_____
                      (firm name)

with offices at _____4701 Von Karman Ave., Suite 300_____,
                      (street address)

___Newport Beach___, ___California___, ___92660___,
    (city)           (state)      (zip code)

___949-748-1000___, ___survivor@andrewsthornton.com___.
(area code + telephone number)    (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

___Nicole Zimmerman___ to provide legal representation in connection with
    [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

Docusign Envelope ID: 9A21B1F2-4495-46D3-B400-742551CE7B7B

3.      That since _____12/4/2019_____, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of _____California_____
                                                                              (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Ca | 11/26/2008 | 261117 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.      That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

Docusign Envelope ID: 9A21B1F2-4495-46D3-B400-742551CE7B7B

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7.    That Petitioner is a member of good standing in the following Bar Associations. (State "none" if Petitioner is not a member of other Bar Associations.)

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

Docusign Envelope ID: 9A21B1F2-4495-46D3-B400-742551CE7B7B

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                        _____
                                                               Petitioner's signature

5  STATE OF _____California_____ )
                                    )
   COUNTY OF _____Orange_____ )

6

7  __David Kao_____ , Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                                        _____
                                                               Petitioner's signature

10 Subscribed and sworn to before me this

11 __11th__ day of __July_____ , 2025 .

12

13 Lauren Prendergast, Notary Public

   _____
       Notary Public or Clerk of Court

14

15

16        **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
          **THE BAR OF THIS COURT AND CONSENT THERETO.**

17     Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18 believes it to be in the best interests of the client(s) to designate ___Jemma E. Dunn___ ,

19                                                                    (name of local counsel)
   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20 above-entitled Court as associate resident counsel in this action.  The address and email address of

21 said designated Nevada counsel is:

22

23 1980 Festival Plaza Drive Suite 730
   _____ ,
                                       (street address)

24 Las Vegas                        NV                            89135
   _____ , _____ , _____ ,
            (city)                   (state)                  (zip code)

25

26 (702) 777-0888              JDunn@GGTrialLaw.com
   _____ , _____ .
   (area code + telephone number)        (Email address)

27

28                                        4                              Rev. 5/16

Notary stamp:
LAUREN ALEXANDRA PRENDERGAST
Notary Public - California
Orange County
Commission # 2469245
My Comm. Expires Nov 1, 2027

**CALIFORNIA ACKNOWLEDGMENT**                                                                 CIVIL CODE § 1189

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
| --- |

State of California

County of _____ Orange _____ }

On _July 11, 2025_ before me, _Lauren Prendergast, Notary Public_
       *Date*                                         *Here Insert Name and Title of the Officer*

personally appeared _____ David Kao _____
                                        *Name(s) of Signer(s)*

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

LAUREN ALEXANDRA PRENDERGAST
Notary Public - California
Orange County
Commission # 2469245
My Comm. Expires Nov 1, 2027

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                              *Signature of Notary Public*

*Place Notary Seal and/or Stamp Above*

———— **OPTIONAL** ————

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____      Signer's Name: _____
☐ Corporate Officer – Title(s): _____      ☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General                       ☐ Partner – ☐ Limited ☐ General
☐ Individual             ☐ Attorney in Fact             ☐ Individual             ☐ Attorney in Fact
☐ Trustee                ☐ Guardian or Conservator      ☐ Trustee                ☐ Guardian or Conservator
☐ Other: _____              ☐ Other: _____
Signer is Representing: _____      Signer is Representing: _____

©2019 National Notary Association

Docusign Envelope ID: 9A21B1F2-4495-46D3-B400-742551CE7B7B

1   By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2   agreement and authorization for the designated resident admitted counsel to sign stipulations

3   binding on all of us.

4

5                    **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7       The undersigned party(ies) appoint(s) _____Jemma E. Dunn_____ as
                                                          (name of local counsel)
8   his/her/their Designated Resident Nevada Counsel in this case.

9

10  _____
        (party's signature)

11          Nicole Zimmerman

12  _____
        (type or print party name, title)

13  _____
        (party's signature)

14

15  _____
        (type or print party name, title)

16

17                         **CONSENT OF DESIGNEE**
        The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19

20  _____
        Designated Resident Nevada Counsel's signature

21      NV Bar No. 16229              jdunn@ggtriallaw.com
    _____
        Bar number                   Email address

22

23  APPROVED:

24  Dated: November 25, 2025

25

26  _____
    UNITED STATES DISTRICT JUDGE

27

28                                          5                              Rev. 5/16