Pat Lundvall (NSBN 3761)
Rory T. Kay (NSBN 12416)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
plundvall@mcdonaldcarano.com
rkay@mcdonaldcarano.com

*Attorneys for The Church of Jesus Christ of
Latter-day Saints*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE ZIMMERMAN, <br><br> Plaintiff <br><br> v. <br><br> THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS (a corporation), KAREY ZIMMERMAN (an individual), and DOES 1-500, Inclusive, <br><br> Defendants | Case No. 2:25-cv-00206-CDS-MDC <br><br> **STIPULATION AND ORDER TO EXTEND DEFENDANT THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS' DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED COMPLAINT** <br><br> **(First Request)** <br><br> [ECF No. 51] |

Pursuant to Local Rules IA 6-1 and 7-1, Defendant The Church of Jesus Christ of Latter-day Saints ("Church") and Plaintiff Nicole Zimmerman (collectively "Parties"), by and through their undersigned counsel of record, respectfully submit this Stipulation and Order Extending Deadline for Church to File Reply in Support of Motion to Dismiss Second Amended Complaint:

1.      On December 23, 2025, Zimmerman filed a second amended complaint alleging two causes of action against the Church. *See* ECF No. 46.

2.      The Church moved to dismiss the second amended complaint for failure to state a claim ("Motion") on January 20, 2026. *See* ECF No. 48.

3.      Zimmerman opposed the Church's Motion on February 3, 2026. *See* ECF No. 50.

4.      The Church's current deadline to file a reply in support of the Motion is February 10, 2026.

/ / /

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

5. Zimmerman and the Church therefore stipulate and agree to extend Defendant's deadline to file a reply in support of the Motion from February 10, 2026, to February 17, 2026.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, by their respective counsel, that with the permission of the Court, Defendants' deadline to file a reply in support of the Motion shall be February 17, 2026.

Dated this 6th day of February, 2026

McDONALD CARANO LLP

By: */s/ Rory T. Kay*
    Pat Lundvall (NSBN 3761)
    Rory T. Kay (NSBN 12416)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102

*Attorneys for The Church of Jesus Christ of Latter-day Saints*

GREENBERG GROSS LLP

By: */s/ Ryan M. McIntosh*
    Alan A. Greenberg (NSBN 15922)
    Jemma E. Dunn (NSBN 16229)
    1980 Festival Plaza Drive, Suite 730
    Las Vegas, Nevada 89135

Anne Andrews *(Pro Hac Vice forthcoming)*
Kimberly M. DeGonia *(Pro Hac Vice forthcoming)*
Ryan M. McIntosh *(Pro Hac Vice forthcoming)*
Brittany Emsais *(Pro Hac Vice forthcoming)*
ANDREWS & THORNTON
4701 Von Karman Ave, Ste. 300
Newport Beach, CA 92660

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  February 9, 2026

2