Pat Lundvall (NSBN 3761)
Rory T. Kay (NSBN 12416)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
plundvall@mcdonaldcarano.com
rkay@mcdonaldcarano.com

*Attorneys for The Church of Jesus Christ of
Latter-day Saints*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE ZIMMERMAN,<br><br>                    Plaintiff,<br><br>          v.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS (a corporation), KAREY ZIMMERMAN (an individual), and DOES 1-500, Inclusive,<br><br>                    Defendants. | Case No. 2:25-cv-00206-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS' DEADLINE TO FILE MOTION TO DISMISS THIRD AMENDED COMPLAINT**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1 and 7-1, Defendant The Church of Jesus Christ of Latter-day Saints ("Church") and Plaintiff Nicole Zimmerman (collectively "Parties"), by and through their undersigned counsel of record, respectfully submit this Stipulation and Order to Extend Deadline for Church to File Motion to Dismiss Third Amended Complaint:

1.     On May 6, 2026, Zimmerman filed a Third Amended Complaint alleging one cause of action against the Church. *See* ECF No. 55.

2.     The Church's deadline to file a responsive pleading to the Third Amended Complaint is May 20, 2026.

3.     To allow the Church adequate time to prepare its responsive pleading, Zimmerman and the Church therefore stipulate and agree to extend the Church's deadline to file a responsive pleading to the Third Amended Complaint from May 20, 2026 to June 3, 2026.

/ / /

4.　　This is the first stipulation for an extension of time for the Church to file a responsive pleading to the Third Amended Complaint.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, by their respective counsel, that with the permission of the Court, the Church's deadline to file a responsive pleading to the Third Amended Complaint shall be June 3, 2026.

Dated this 19th day of May, 2026

McDONALD CARANO LLP

By: */s/ Rory T. Kay*
　　Pat Lundvall (NSBN 3761)
　　Rory T. Kay (NSBN 12416)
　　2300 West Sahara Avenue, Suite 1200
　　Las Vegas, Nevada 89102

　　*Attorneys for The Church of Jesus Christ of Latter-day Saints*

GREENBERG GROSS LLP

By: */s/ Ryan M. McIntosh*
　　Alan A. Greenberg (NSBN 15922)
　　Jemma E. Dunn (NSBN 16229)
　　1980 Festival Plaza Drive, Suite 730
　　Las Vegas, Nevada 89135

　　Anne Andrews *(Admitted Pro Hac Vice)*
　　Kimberly M. DeGonia *(Admitted Pro Hac Vice)*
　　Ryan M. McIntosh *(Admitted Pro Hac Vice)*
　　Brittany Emsais *(Admitted Pro Hac Vice)*
　　ANDREWS & THORNTON
　　4701 Von Karman Ave, Ste. 300
　　Newport Beach, CA 92660

　　*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: May 20, 2026