Pat Lundvall (NSBN 3761)
Rory T. Kay (NSBN 12416)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
plundvall@mcdonaldcarano.com
rkay@mcdonaldcarano.com

*Attorneys for The Church of Jesus Christ of Latter-day Saints*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NICOLE ZIMMERMAN,<br><br>          Plaintiff<br><br>v.<br><br>THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS (a corporation), KAREY ZIMMERMAN (an individual), and DOES 1-500, Inclusive,<br><br>          Defendants | Case No. 2:25-cv-00206-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS' DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS THIRD AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**<br><br>**(First Request)**<br><br>[ECF No. 60] |

Pursuant to Local Rules IA 6-1 and 7-1, Defendant The Church of Jesus Christ of Latter-day Saints ("Church") and Plaintiff Nicole Zimmerman (collectively "Parties"), by and through their undersigned counsel of record, respectfully submit this Stipulation and Order to Extend Deadline for Church to File Reply in Support of Motion to Dismiss Third Amended Complaint for Failure to State a Claim:

1.      On May 6, 2026, Zimmerman filed a Third Amended Complaint alleging one cause of action against the Church. *See* ECF No. 55.

2.      The Parties stipulated, and the Court ordered, that the Church's time to file a response to the Third Amended Complaint would be extended until June 3, 2026. ECF No. 57. The Church filed its Motion to Dismiss Third Amended Complaint for Failure to State a Claim ("Motion") on June 3, 2026. ECF No. 58.

/ / /

3.      Zimmerman filed her Memorandum of Law in Opposition to the Church's Motion on June 17, 2026. ECF No. 59.

4.      To allow the Church adequate time to prepare its reply in support of its Motion, Zimmerman and the Church therefore stipulate and agree to extend the Church's deadline to file the reply from June 24, 2026 to July 1, 2026.

5.      This is the first stipulation for an extension of time for the Church to file a reply in support of its Motion.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, by their respective counsel, that with the permission of the Court, the Church's deadline to file a reply in support of its Motion shall be July 1, 2026.

Dated this 23rd day of June, 2026

McDONALD CARANO LLP

By: */s/ Rory T. Kay*
    Pat Lundvall (NSBN 3761)
    Rory T. Kay (NSBN 12416)
    2300 West Sahara Avenue, Suite 1200
    Las Vegas, Nevada 89102

*Attorneys for The Church of Jesus Christ of Latter-day Saints*

GREENBERG GROSS LLP

By: */s/ Ryan M. McIntosh*
    Alan A. Greenberg (NSBN 15922)
    Jemma E. Dunn (NSBN 16229)
    1980 Festival Plaza Drive, Suite 730
    Las Vegas, Nevada 89135

Anne Andrews *(Admitted Pro Hac Vice)*
Kimberly M. DeGonia *(Admitted Pro Hac Vice)*
Ryan M. McIntosh *(Admitted Pro Hac Vice)*
Brittany Emsais *(Admitted Pro Hac Vice)*
ANDREWS & THORNTON
4701 Von Karman Ave, Ste. 300
Newport Beach, CA 92660

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:_____June 23, 2026_____